ISIDORE MILLER, Appellant-Respondent, v. DISCOUNT FACTORS, INC., Respondent; DAVID LIPPEL, Appellant, et al., Defendants. (Consolidated Actions.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ. [See 285 App. Div. 772, 1142.]

PHILIP HANDELMAN v. STEPHEN PEABODY.— Motion for reargument denied, with $10 costs and stay vacated. Concur — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ. [See 285 App. Div. 689.]

(June 9, 1955.)

PRINCESS CARUSO v. JAMES J. HEALY.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

(June 14, 1955.)

CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Trustee under Indenture between CHARLES L. COBB and Chase National Bank of the City of New York, Respondent, v. BRUNO REINICKE et al., Defendants. HERBERT BROWNELL, JR., Attorney General of the United States, as Successor to the Alien Property Custodian, Appellant.—Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

GEORGE RIKER, Respondent, v. CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Cohn, Callahan, Breitel and Bastow, JJ. [204 Misc. 878.]